## ATTACHMENT A

4350 Spencer Rd, Rembert, South Carolina 29128
Sumter County Parcel ID number 090-000-20-58
**BRYANT PROPERTY 1.**

### Description of the premises to be searched:

The premises of 4350 Spencer Rd, Rembert, South Carolina 29128. The residence is an approximately 1,144 square foot, one-story house, cream or white in color, with a white front door and dark shutters. A wooden porch is located in front of the main door. There is a metal carport located on the left side of the house with a white fence in front of it. Located in the backyard of the residence are multiple vehicles, and small wooden structures. The driveway is a dirt path, located on the front right side of the parcel.



