Case Number: AT 3330-0083

Location of Search:
4350 Spencer Road
Rembert, SC

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | 3 live pit bull type dogs (1 inside crate room F, 2 chained in rear of property). Located by SA Tolomeo |
| 2 | Envelope with pedigrees. Room F. Located by SA Johnson |
| 3 | Best Kennels Trophy. Room F. Located by SA Johnson |
| 4 | empty bag of Orijen dog food. Room C. Located by SAC Williams |
| 5 | Miscellaneous medicines. Room F. Located by SA Johnson |
| 6 | Gray iphone with Lakers sticker. Room F. Located by SA Johnson |
| 7 | Gray ZTE cell phone. Room F. Located by SA Johnson |
| 8 | Black LG cell phone. Room F. Located by SA Johnson |
| 9 | Various medicines. Outside, side yard, inside dodge. Located by SA Tolomeo |
| 10 | *Nothing Further — Lindsey Tolomeo* |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |

32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53

*Nothing Further* — Kelsey Tolomeo

On 9/25/2022 at __11:30__ hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

__Inside kitchen area of 4350 Spencer Rd__

____ A copy of this inventory was provided to the following person:

Name: _____    Signature: _____
Address: _____

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuant to the search warrant.

Inventory Officer: _Kelsey Tolomeo_    Witness: _M_
Printed Name: __Kelsey Tolomeo__    Printed Name: __MICHAEL JOHNSON__

Nothing Further

[illegible]

On [illegible]/2023 at 11:25, this inventory was completed and a copy was provided in the following manner:

X No person was present to provide a copy of this inventory, subsequently it was left at the below location:

Inside Kitchen Area at 4250 Spencer Rd

___ A copy of this inventory was provided to the following person:

Name: ______________________ Signature: ______________________

Address: ______________________________________________

I, the Inventory Officer, certify this inventory is a true and accurate representation of the items seized pursuant to the search warrant.

Inventory Officer: [illegible] Witness: [illegible]

Printed Name: [illegible] Printed Name: MICHAEL JOHNSON

Case Number: _____AT 3330-0083_____

Location of Search:
Parcel ID 090-000-20-56
Spencer Rd

## Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | Empty pedigree dog food bag. Location G. Located by SA Tolomeo |
| 2 | Empty pedigree dog food bag. In rear yard, Buick. Located by SA Tolomeo |
| 3 | Slat mill. Location G. Located by SA Tolomeo |
| 4 | 25 live pit bull type dogs. Rear yard fenced area. Located by SA Tolomeo |
| 5 | Harness with D ring. Location G. Located by SA Tolomeo |
| 6 | staplers and glue. Location G. Located by SA Tolomeo |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |



*Nothing Further* — [signature] Jimmy Tolomeo

PG 1 of 2

```
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53
```

*Nothing Further* — Kelsey N Tolomeo

On __9·25·22__ at __1200__ hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

__In Kitchen area of 4350 Spencer Rd__

____ A copy of this inventory was provided to the following person:

Name: _____  Signature: _____
Address: _____

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuant to the search warrant.

Inventory Officer: *Kelsey N Tolomeo*   Witness: *M*
Printed Name: __Kelsey Tolomeo__   Printed Name: __MICHAEL JOHNSON__

Michael Johnson